**Scott ZEIGER, Plaintiff/Respondent,**

v.

**C. DAVID & LAURA ZEIGER LIVING TRUST, Defendant/Appellant.**

**No. ED 88359.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 19, 2007.

David P. Bub, St. Louis, MO, for appellant.

Joseph A. Brannon, New London, MO, for respondent.

LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, JR. and KENNETH M. ROMINES, JJ.

### ORDER

PER CURIAM.

Following a jury trial in this premises-liability action, the trial court entered judgment in favor of the plaintiff, Scott Zeiger, and against the defendant, C. David & Laura Zeiger Living Trust. The defendant trust now appeals, contending that the plaintiff failed to make a submissible case and impermissibly injected the issue of insurance before the jury. We

affirm. An opinion would have no precedential value. The parties, however, have been furnished with a memorandum, for their information only, setting forth the reasons for our decision.

The judgment is affirmed. Rule 84.16(b)(5).